UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Michael Echevarria and Bebi Haniff<br><br>                Debtors.<br><br>Michael Echevarria and Bebi Haniff,<br><br>                Debtors and Plaintiffs<br>                on Behalf of Themselves<br>                And All Others<br>                Similarly Situated,<br><br>    v.<br><br>Bank of America Corporation; Bank of America, National Association; and FIA Card Services, N.A.,<br><br>                Defendants. | Index No.: 17-cv-8026 |

## NOTICE OF MOTION FOR FINAL APPROVAL

**PLEASE TAKE NOTICE** that, upon the Memorandum of Law and the supporting Declarations of Adam R. Shaw, Esq., of Boies Schiller Flexner LLP and Charles Marr, Esq., of Epiq Class Action and Claims Solutions, Inc., Plaintiffs by and through their counsel, shall move before the Honorable Vincent L. Briccetti, United States District Judge at the United States District Court of the Southern District of New York (the "Court"), 300 Quarropas Street, White Plains, New York 10601, on March 2, 2018, for an order under Rule 7023 of the Federal Rules of Bankruptcy Procedure and Rule 23(e) of the Federal Rules of Civil Procedure for Final Approval of the Settlement.

**PLEASE TAKE NOTICE** that all responses or objections, if any, to the Motion shall be

made in writing, no later than Thursday, February 22, 2018.

DATED:  February 15, 2018	**BOIES SCHILLER FLEXNER LLP**

By:	  /s/ Adam R. Shaw
George F. Carpinello
Adam R. Shaw
Anne M. Nardacci
Jenna C. Smith
30 South Pearl Street
Albany, NY  12207
(518) 434-0600

**CHARLES JUNTIKKA & ASSOCIATES LLP**
Charles Juntikka
30 Vesey Street, #100
New York, NY  10007
(212) 315-3755

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on February 15, 2018, I caused the foregoing document to be filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                   */s/ Adam R. Shaw*
                                                 Adam R. Shaw